796 A.2d 245

IN THE MATTER OF GENE PIERO BELARDI,
AN ATTORNEY AT LAW.

May 13, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–344, concluding that **GENE PIERO BELARDI** of **STERLING, VIRGINIA,** who was admitted to the bar of this State in 1976, and who was temporarily suspended from the practice of law on February 2, 2001, pursuant to *Rule* 1:20–13(b), should be suspended from the practice of law for a period of eighteen months on the basis of his guilty plea to a federal information charging him with knowingly and wilfully making false statements to the Federal Communications Commission, in violation of 18 *U.S.C.A.* 1001, conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **GENE PIERO BELARDI** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to February 2, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.